FILED

07/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0074

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0074

STATE OF MONTANA

Plaintiff and Appellee,

v.

BRICE WILLIAM WILKE,

Defendant and Appellant

## ORDER

Upon consideration of the State's Petition to Permit Student Practice Under the Montana Student Practice Rule, and good cause appearing therefor,

IT IS HEREBY ORDERED that Anne M. Lewis shall be allowed to practice before this Court in our Cause Number DA 20-0074 under, and subject to the restrictions of, the Montana Student Practice Rule.

IT IS FURTHER ORDERED that the Clerk of this Court mail a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 27 2021